UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARDIE MCKEITHEN, ET AL. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 04-365-C-M3 |
| | * | |
| EXXON MOBIL CORPORATION, ET AL. | * | JUDGE TYSON |
| | * | |
| | * | MAGISTRATE DALBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR STAY OF PROCEEDINGS PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Defendant, Airgas-Gulf States, Inc. (hereinafter "defendant"), moves the Court for a stay of all proceedings in this case, including additional briefing and consideration of all pending motions, until the Judicial Panel on Multidistrict Litigation ("JPML") has made a final determination on whether this case will be transferred to the United States District Court for the Northern District of Ohio for consolidated pretrial proceedings in MDL-1535, *In re Welding Rod Products Liability Litigation*, pursuant to 28 U.S.C. § 1407. The bases for defendant's Motion to Stay are set forth in the accompanying Memorandum in Support, which is incorporated by reference herein.

- 1 -

Respectfully submitted,

_____
Richard E. Sarver, T.A., 23558
Stephen H. Kupperman, 7890
Celeste R. Coco-Ewing, 25002
Mark J. Fernandez, 27459
John W. Joyce, 27525
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras St., Ste. 1800
New Orleans, Louisiana 70112
Telephone: 504-589-9700
Telefax: 504-589-9701

Counsel for Defendant, Airgas-Gulf States, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing document has been served upon all counsel of record by hand delivery, facsimile transmission, electronic transmission, overnight mail, or depositing with the U.S. post office, postage prepaid, this 7th day of June, 2004.

_____